**B1 (Official Form 1) (1/08)**

<table>
<tr><td colspan="2"><b>United States Bankruptcy Court<br>Northern District of Illinois</b></td><td><b>Voluntary Petition</b></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Perez Auto Center, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-5093176** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**206 S. Barron Boulevard<br>Grayslake, IL**<br>ZIPCODE **60030** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08) | Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Perez Auto Center, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                         Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Perez Auto Center, Inc.** |
|---|---|

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
<tr>
<td>

### Signature of Attorney*

X  */s/ John E. Gierum*
Signature of Attorney for Debtor(s)

**John E. Gierum 0951803**
**Gierum & Mantas**
**9700 West Higgins Road Suite 1015**
**Rosemont, IL 60018**

**john@gierummantas.com**

**December 31, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Enrique Perez*
Signature of Authorized Individual

**Enrique Perez**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 31, 2008**
Date

</td>
<td></td>
</tr>
</table>

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

Perez Auto Center, Inc.                                                                  Chapter **7** _____
_____
                            Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $           0.00 | | |
| B - Personal Property | Yes | 3 | $     615,249.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $           0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $           0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | $     1,206,889.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 35 | $     615,249.00 | $     1,206,889.13 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE __Perez Auto Center, Inc._____    Case No. _____
                    Debtor(s)                                         (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Perez Auto Center, Inc.** _____    Case No. _____
                    Debtor(s)                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking** | | **50.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **landlord earnest money for purchase Salemi** | | **6,000.00** |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Perez Auto Center, Inc.**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | various deemed collectible | | 50,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | debtor has Finance Pool Assets at maturity | | 536,199.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim against Joseph Salemi breach of contract and possession of phone system and other equipment | | unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 4 cars-- '93 Mercury Cougar, '95 Chevrolet Silverado Pick up, '00 Chevrolet Malibu, '99 Kia Sportage | | 3,000.00 |
| | | company tow truck | | 17,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | various diagnostic and other miscellaneous equipment | | 2,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                                        Case No. _____
_____                                   _____
                    Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **615,249.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Perez Auto Center, Inc.** _____    Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Perez Auto Center, Inc.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Perez Auto Center, Inc.**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**              Case No. _____

          Debtor(s)                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Illinois Dept. Of Revenue** <br> **100 West Randolph St., 7th Floor** <br> **Chicago, IL 60601** | | | | | | | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

               Subtotal
     (Totals of this page) $       $       $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)       $       $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Perez Auto Center, Inc.
_____
Debtor(s)

Case No. _____
                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **50567008**<br><br>**1-800-Radiator**<br>**8116 Monticello Avenue**<br>**Skokie, IL  60076** | | | | | | | **35.00** |
| ACCOUNT NO. **10-008-1002**<br><br>**700 Credit**<br>**2233 West 190th Street**<br>**Torrance, CA  90504-6001** | | | | | | | **454.32** |
| ACCOUNT NO. **1947**<br><br>**A.U.L. Corporation**<br>**1325 Imola Ave., West PMB 318**<br>**Napa, CA  94559** | | | **Service Contract Stk# 4954 98 Cavalier**<br>**Dariel Briggs** | | | | **640.00** |
| ACCOUNT NO. **1947**<br><br>**A.U.L. Corporation**<br>**1325 Imola Ave., West PMB 318**<br>**Napa, CA  94559** | | | **Sarah Hartley Stk. # 4836** | | | | **740.00** |

_____**22**_____ continuation sheets attached

Subtotal
(Total of this page)   $ **1,869.32**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                        Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **462277** <br> **Ace Hardware** <br> **155 Peterson Road** <br> **Libertyville, IL  60048** | | | | | | | 106.40 |
| ACCOUNT NO. <br> **Adolfo Robles** <br> **302 Fruitwood** <br> **Round Lake, IL  60073** | | | Lienholder - Overland Bond Title - Floored with AFC | | | | unknown |
| ACCOUNT NO. **6477-1111-0022-8697** <br> **Advance Auto Parts** <br> **P.O. Box 5219** <br> **Carol Stream, IL  60197-5219** | | | | | | | 2,475.18 |
| ACCOUNT NO. <br> **Advertiser Network** <br> **236 W. IL Route 173** <br> **Antioch, IL  60002-1897** | | | | | | | 502.19 |
| ACCOUNT NO. **PEREBV** <br> **Alldata** <br> **P.O. Box 848379** <br> **Dallas, TX  75284-8379** | | | | | | | 346.94 |
| ACCOUNT NO. <br> **Angel Tellez** <br> **550 S. Jackson** <br> **Waukegan, IL  60085** | | | Vehicle Payoff | | | | 1,700.00 |
| ACCOUNT NO. <br> **Roadside Auto Sales** <br> **2725 Belvidere Road** <br> **Waukegan, IL  60085** | | | Assignee or other notification for: Angel Tellez | | | | |

Sheet no. ____**1**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **5,130.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                          Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Anselmo Silva** <br> **919 Lunga Drive** <br> **Round Lake, IL  60073** | | | Lienholder - Pronto Prestamo <br> Title - Floored with MAFS | | | | **unknown** |
| ACCOUNT NO. <br> **Pronto Prestamos** <br> **1750 Todd Farm Dr., Unit D** <br> **Elgin, IL  60123** | | | Assignee or other notification for: <br> Anselmo Silva | | | | |
| ACCOUNT NO. **5505** <br> **Antioch Auto Parts, Inc.** <br> **250 Route 173** <br> **Antioch, IL  60002** | | | | | | | **433.59** |
| ACCOUNT NO. **847 223-7144 145 7** <br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL  60507-8100** | | | | | | | **51.97** |
| ACCOUNT NO. **009951551** <br> **Auto Owners** <br> **Box 30660** <br> **Lansing, MI  48909-8160** | | | | | | | **unknown** |
| ACCOUNT NO. <br> **Autofocus-Chicago** <br> **221 S. Mitchell Court A-3** <br> **Addison, IL  60101** | | | | | | | **3,245.00** |
| ACCOUNT NO. <br> **Automotive Credit Corp.** <br> **2625 Northwest Highway** <br> **Southfield, MI  48016** | | | | | | | **unknown** |

Sheet no. _____**2**___ of _____**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **3,730.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                                           Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Autotech & Niles Marketing** <br> **1006 Auburn Street** <br> **Rockford, IL  61103** | | | | | | | **634.81** |
| ACCOUNT NO. **687942** <br> **AutoZone, Inc.** <br> **P.O. Box 791409** <br> **Baltimore, MD  21279-1409** | | | | | | | **3,251.03** |
| ACCOUNT NO. <br> **Business Phones Direct** <br> **6107 Obispo Avenue** <br> **Long Beach, CA  90805** | | | | | | | **unknown** |
| ACCOUNT NO. <br> **Candace Flory** <br> **18834 W. Westwood Place** <br> **Lake Villa, IL  60034** | | | **Wife of owner** | | | | **53,000.00** |
| ACCOUNT NO. **78977** <br> **Carfax** <br> **P.O. Box 79001** <br> **Detroit, MI  48279-7761** | | | | | | | **129.90** |
| ACCOUNT NO. **1945** <br> **Carquest Auto Parts** <br> **449 Center Street** <br> **Grayslake, IL  60030** | | | | | | | **691.77** |
| ACCOUNT NO. <br> **Cassandra Adkins** <br> **38351 Fourth Street** <br> **Spring Grove, IL  60081** | | | **Lienholder - None** <br> **Title - Floored with MAFS** | | | | **unknown** |

Sheet no. _____**3**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **57,707.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                                    Case No. _____
_____
          Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **60125** <br><br> **Cbeyond** <br> **13474 Collections Center Drive** <br> **Chicago, IL  60693** | | | | | | | **497.18** |
| ACCOUNT NO. **4246-3151-5676-6139** <br><br> **Chase** <br> **P.O. Box 15153** <br> **Wilmington, DE  19886-5153** | | | | | | | **7,236.81** |
| ACCOUNT NO. **153118** <br><br> **Check Processing Service** <br> **35008 Emerald Coast Parkway, 4th Fl.** <br> **Destin, FL  32541** | | | | | | | **1,500.00** |
| ACCOUNT NO. **10228** <br><br> **Chrysler-Dodge Of Fox Lake** <br> **91 South Route 12** <br> **Fox Lake, IL  60020-1797** | | | | | | | **78.82** |
| ACCOUNT NO. <br><br> **Ciro Merida Lopez** <br> **2130 Lotus Drive** <br> **Round Lake, IL  60073** | | | Lienholder - Overland Bond <br> Title - Perez | | | | **unknown** |
| ACCOUNT NO. <br><br> **Overland Bond & Investment Corp.** <br> **4701 W. Fullerton Ave.** <br> **Chicago, IL  60639** | | | **Assignee or other notification for:** <br> **Ciro Merida Lopez** | | | | |
| ACCOUNT NO. <br><br> **Citizen's Finance** <br> **60 Terra Cotta Ave., Unit D** <br> **Crystal Lake, IL  60014** | | | | | | | **unknown** |

Sheet no. ____**4**__ of __**22**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,312.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                                    Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Classic Printing, Inc.** **336 W. Main Street** **Round Lake, IL  60073** | | | | | | | **1,196.45** |
| ACCOUNT NO. **2406150143** | | | | | | | |
| **ComEd** **Billl Payment Center** **Chicago, IL  60668-0001** | | | | | | | **986.69** |
| ACCOUNT NO. | | | | | | | |
| **Community Trust Credit Union** **P.O. Box 219** **Grayslake, IL  60030** | | | | | | | **unknown** |
| ACCOUNT NO. | | | | | | | |
| **Credit Acceptance Corporation** **25505 W. Twelve Mile Road, #300** **Southfield, MI  48034** | | | | | | | **unknown** |
| ACCOUNT NO. | | | | | | | |
| **Credit Union Direct Lending (CUDL)** **9500 Cleveland Avenue** **Rancho Cucamonga, CA  91730** | | | | | | | **unknown** |
| ACCOUNT NO. | | | Lienholder - Fifth Third Bank Title - Floored with MAFS | | | | |
| **David Schultz** **35776 N. Marine Drive** **Fox Lake, IL  60020** | | | | | | | **unknown** |
| ACCOUNT NO. | | | Assignee or other notification for: David Schultz | | | | |
| **Fifth Third Bank** **5001 Kingsley Drive** **Cincinnati, OH  45263** | | | | | | | |

Sheet no. _____**5** of _____**22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,183.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                                   Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Dealer Services Corporation** 1320 City Center Drive, Suite 100 Carmel, IN 46032 | | | | | | | 4,394.43 |
| ACCOUNT NO. **0001617** **Dealer.Com** P.O. Box 1804 Brattleboro, VT 05302-1804 | | | | | | | 536.00 |
| ACCOUNT NO. **83488601** **DealerTrack, Inc.** P.O. Box 6129 New York, NY 10087-6129 | | | | | | | 49.00 |
| ACCOUNT NO. **Deborah Samec** 228 New House Lane Round Lake, IL 60073 | | | Lienholder - Community Trust Credit Union Title - Floored with MAFS | | | | unknown |
| ACCOUNT NO. **Community Trust Credit Union** P.O. Box 219 Grayslake, IL 60030 | | | Assignee or other notification for: Deborah Samec | | | | |
| ACCOUNT NO. **500353356** **DEX** 8519 Innovation Way Chicago, IL 60682-0085 | | | | | | | 836.95 |
| ACCOUNT NO. **Diane & Jack Flory** 15913 Stearns School Road Gurnee, IL 60031 | | | money loaned to corporation | | | | 267,000.00 |

Sheet no. ____**6**__ of ___**22**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                    $ **272,816.38**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)      $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Perez Auto Center, Inc.**                                          Case No. _____
_____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **056981724** <br> **DirecTV** <br> **P.O. Box 60036** <br> **Los Angeles, CA  90060-0036** | | | | | | | **76.98** |
| ACCOUNT NO. **0185-125620** <br> **Diversified Credit Service, Inc.** <br> **P.O. Box 21726** <br> **Cleveland, OH  44121** | | | Creditor:  Reyna Capital Corporation | | | | **39,975.43** |
| ACCOUNT NO. **6043** <br> **Domestic Uniform Rental** <br> **4131 N. Ravenswood** <br> **Chicago, IL  60613** | | | | | | | **8,457.89** |
| ACCOUNT NO. <br> **Jayson M. Colton** <br> **30555 Northwestern Highway, Ste. 300** <br> **Farmington Hills, MI  48334** | | | Assignee or other notification for: <br> Domestic Uniform Rental | | | | |
| ACCOUNT NO. <br> **Donyel A. Prather** <br> **587 Main St., Apt. 11** <br> **Antioch, IL  60002** | | | Lienholder - Overland Bond <br> Title - Floored with MAFS | | | | **unknown** |
| ACCOUNT NO. <br> **Elizabeth Alvarez** <br> **1531 Woodridge Drive** <br> **Round Lake, IL  60073** | | | Lienholder - Overland Bond <br> Title - Perez | | | | **unknown** |
| ACCOUNT NO. <br> **Overland Bond & Investment Corp.** <br> **4701 W. Fullerton Ave.** <br> **Chicago, IL  60639** | | | Assignee or other notification for: <br> Elizabeth Alvarez | | | | |

Sheet no. ____**7**__ of ___**22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **48,510.30**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

**IN RE** Perez Auto Center, Inc.
_____ Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Enrique Perez** <br> **18834 W. Westward Place** <br> **Lake Villa, IL  60046** | | | **Owner loans to corporation** | | | | **177,000.00** |
| ACCOUNT NO. **3553-9024-1** <br> **FedEx** <br> **P.O. Box 94515** <br> **Palatine, IL  60094-4515** | | | | | | | **446.86** |
| ACCOUNT NO. **0235407** <br> **Fifth Third Bank** <br> **P.O. Box 997548** <br> **Sacramento, CA  95899-7548** | | | **Borrower:  David R. Schultz** <br> **Title/Lien Action** | | | | **0.00** |
| ACCOUNT NO. <br> **Fifth Third Bank** <br> **5001 Kingsley Drive** <br> **Cincinnati, OH  45263** | | | | | | | **unknown** |
| ACCOUNT NO. **865785935** <br> **Fifth Third Bank - Consumer Lending Div.** <br> **5050 Kingsley Drive, Mail Drop #1MOB2P** <br> **Cincinnati, OH  45227** | | | | | | | **unknown** |
| ACCOUNT NO. **408672-002** <br> **Groot Industries, Inc.** <br> **P.O. Box 1305** <br> **Elk Grove, IL  60009-1305** | | | | | | | **109.75** |
| ACCOUNT NO. <br> **Hall Adams** <br> **77 West Wacker Drive, Ste. 4800** <br> **Chicago, IL  60601** | | | | | | | **1,000.00** |

Sheet no. ____**8**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **178,556.61**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Perez Auto Center, Inc.                                    Case No. _____
_____
            Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **00005599108021**<br>**Harris Bank**<br>**935 W. Rollins Road**<br>**Round Lake Heights, IL  60073** | | | line of credit | | | | **4,304.92** |
| ACCOUNT NO. **203304**<br>**Illiana Financial, Inc.**<br>**833 North Church Street**<br>**Elmhust, IL  60126** | | | | | | | **219.72** |
| ACCOUNT NO. **91126**<br>**Insurance National Services, Inc.**<br>**240 E. Lake Street, Ste. 207**<br>**Addison, IL  60101** | | | | | | | **40.00** |
| ACCOUNT NO.<br>**Jason N. Dahl**<br>**2227 N. Quaker Hollow Lane**<br>**Round Lake, IL  60073** | | | Lienholder - Overland Bond<br>Title - Floored with MAFS | | | | **unknown** |
| ACCOUNT NO.<br>**Overland Bond & Investment Corp.**<br>**4701 W. Fullerton Ave.**<br>**Chicago, IL  60639** | | | Assignee or other notification for:<br>Jason N. Dahl | | | | |
| ACCOUNT NO.<br>**Jeffrey S. Thompson**<br>**1913 W. CedarWood Circle**<br>**Round Lake, IL  60073** | | | Lienholder - Citizens Finance<br>Title - Perez | | | | **unknown** |
| ACCOUNT NO.<br>**Citizen's Finance**<br>**60 Terra Cotta Ave., Unit D**<br>**Crystal Lake, IL  60014** | | | Assignee or other notification for:<br>Jeffrey S. Thompson | | | | |

Sheet no. _____**9**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **4,564.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                          Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Jonathan F. Malagor <br> 338 Sage Brush <br> Round Lake, IL  60073 | | | Lienholder - Overland Bond <br> Title - Floored with MAFS | | | | unknown |
| ACCOUNT NO. 326906-4 825 <br> Jonathon Neil & Assoc., Inc. <br> 71 West Main Street, Ste. 304 <br> Freehold, NJ  07728 | | | Creditor:  Autotrader.Com | | | | 1,865.54 |
| ACCOUNT NO. <br> Jose Perez <br> 1405 Oak Avenue <br> Round Lake Beach, IL  60073 | | | | | | | 28,000.00 |
| ACCOUNT NO. <br> Justiney Thompson <br> 4235 Jennifer Lane <br> Arlington Heights, IL  60004 | | | Lienholder - Overland Bank <br> Title - Perez | | | | unknown |
| ACCOUNT NO. <br> Overland Bond & Investment Corp. <br> 4701 W. Fullerton Ave. <br> Chicago, IL  60639 | | | Assignee or other notification for: <br> Justiney Thompson | | | | |
| ACCOUNT NO. <br> Karen L. Wetmore <br> 3006 Gibeon Avenue <br> Zion, IL  60099 | | | Lienholder - None <br> Title - Floored with MAFS | | | | unknown |
| ACCOUNT NO. <br> Keith Lowe <br> 3025 21st Place <br> North Chicago, IL  60064 | | | Lienholder - Overland Bond <br> Title - Floored with MAFS | | | | unknown |

Sheet no. __10__ of __22__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 29,865.54

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.** _____    Case No. _____
_____Debtor(s)_____    _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Overland Bond & Investment Corp.** <br> **4701 W. Fullerton Ave.** <br> **Chicago, IL  60639** | | | Assignee or other notification for: <br> Keith Lowe | | | | |
| ACCOUNT NO. **8716** <br> **Kessler Orlean Silver** <br> **1101 Lake Cook Road, Ste. C** <br> **Deerfield, IL  60015** | | | | | | | 7,473.88 |
| ACCOUNT NO. <br> **Law Offices Of Hall Adams LLC** <br> **77 West Wacker Drive, Ste. 4800** <br> **Chicago, IL  60601** | | | Ref. 7304 Perez v. Pay Pal | | | | 1,082.91 |
| ACCOUNT NO. <br> **Lisa Ori** <br> **17722 Running Creek Court** <br> **Gurnee, IL  60031** | | | Lienholder - Community Trust Credit Union <br> Title - Perez | | | | unknown |
| ACCOUNT NO. <br> **Community Trust Credit Union** <br> **P.O. Box 219** <br> **Grayslake, IL  60030** | | | Assignee or other notification for: <br> Lisa Ori | | | | |
| ACCOUNT NO. <br> **Loftus & Saltzberg, P.C.** <br> **53 W. Jackson Blvd., Ste. 1515** <br> **Chicago, IL  60604** | | | | | | | 6,678.50 |
| ACCOUNT NO. <br> **Loon Lake Service** <br> **41490 N. US Hwy. 41** <br> **Wadsworth, IL  60083** | | | | | | | 1,982.00 |

Sheet no. ____**11**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal | $ 17,217.29
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                                    Case No. _____
_____
Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Luis G. Leiva**<br>**24491 Hickory Street**<br>**Round Lake, IL  60073** | | | Lienholder - Overland Bond | | | | **unknown** |
| ACCOUNT NO.<br>**Overland Bond & Investment Corp.**<br>**4701 W. Fullerton Ave.**<br>**Chicago, IL  60639** | | | Assignee or other notification for:<br>Luis G. Leiva | | | | |
| ACCOUNT NO.<br>**Luisa Lewitan**<br>**1116 N. Oakwood Drive**<br>**Fox Lake, IL  60020** | | | Unpaid November health insurance payment | | | | **476.94** |
| ACCOUNT NO. **986855**<br>**Manheim Auctions**<br>**561 27th Street**<br>**Caledonia, WI  53108** | | | | | | | **2,715.00** |
| ACCOUNT NO. **5203443**<br>**Manheim Auctions**<br>**561 27th Street**<br>**Caledonia, WI  53108** | | | | | | | **289.45** |
| ACCOUNT NO.<br>**Manheim Automotice Financial Services**<br>**400 Northridge Road, Ste. 800**<br>**Atlanta, GA  30350** | | | | | | | **251,436.61** |
| ACCOUNT NO.<br>**AFC**<br>**13085 Hamilton Crossing Blvd., Ste. 300**<br>**Carmel, IN  46032** | | | Assignee or other notification for:<br>Manheim Automotice Financial Services | | | | |

Sheet no. _____**12**___ of ____**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    $ **254,918.00**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.** _____    Case No. _____
_____Debtor(s)_____                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Delaware Place Bank**<br>**190 East Delaware Place**<br>**Chicago, IL  60611** | | | Assignee or other notification for:<br>Manheim Automotice Financial Services | | | | |
| ACCOUNT NO.<br><br>**DSC**<br>**11555 N. Meridian, Ste. 220**<br>**Carmel, IN  46032** | | | Assignee or other notification for:<br>Manheim Automotice Financial Services | | | | |
| ACCOUNT NO.<br><br>**Flex Fund Financial Services**<br>**22800 Savi Rand Parkway**<br>**Yorba Linda, CA  92887** | | | Assignee or other notification for:<br>Manheim Automotice Financial Services | | | | |
| ACCOUNT NO.<br><br>**Reyna Capital Corporation**<br>**P.O. Box 2608**<br>**Dayton, OH  45401** | | | Assignee or other notification for:<br>Manheim Automotice Financial Services | | | | |
| ACCOUNT NO.<br><br>**Marcela Delgado**<br>**3904 Lake Park Street**<br>**Park City, IL  60085** | | | Lienholder - Overland Bond<br>Title - Floored with MAFS | | | | **unknown** |
| ACCOUNT NO.<br><br>**Maria Salgado**<br>**1201 Cedar Lake Road**<br>**Round Lake, IL  60073** | | | Lienholder - Pronto Prestamos<br>Title - Floored with MAFS | | | | **unknown** |
| ACCOUNT NO.<br><br>**Pronto Prestamos**<br>**1750 Todd Farm Dr., Unit D**<br>**Elgin, IL  60123** | | | Assignee or other notification for:<br>Maria Salgado | | | | |

Sheet no. ___**13**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                                                      Case No. _____
            Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wachovia Dealer Services**<br>**1721 Moon Lake Blvd., Ste. 200**<br>**Hoffman Estates, IL 60194** | | | Assignee or other notification for:<br>Maria Salgado | | | | |
| ACCOUNT NO. **009951551**<br>**Market Financial/Waters Insurance**<br>**240 Commerce Drive**<br>**Crystal Lake, IL 60014-3549** | | | | | | | 5,781.70 |
| ACCOUNT NO.<br>**Auto-Owners Insurance**<br>**P.O. Box 30315**<br>**Lansing, MI 48909-7815** | | | Assignee or other notification for:<br>Market Financial/Waters Insurance | | | | |
| ACCOUNT NO.<br>**MG Auto Glass**<br>**446 S. Jackson Street**<br>**Waukegan, IL 60085** | | | | | | | 600.00 |
| ACCOUNT NO.<br>**Michael Kettner**<br>**N 2521 Thornapple Lane**<br>**Appelton, WI 54913** | | | 1987 Mercedez Benz L & T | | | | unknown |
| ACCOUNT NO. **3434909**<br>**Monitronics Funding, LP**<br>**Dept. Ch. 8628**<br>**Palatine, IL 60055-8628** | | | | | | | 90.00 |
| ACCOUNT NO. **1120-7010**<br>**Napelton Libertyville Ford**<br>**1010 South Milwaukee Avenue**<br>**Libertyville, IL 60048** | | | | | | | 1,673.52 |

Sheet no. ____**14**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **8,145.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **114852** <br> **National CineMedia, LLC** <br> **9110 E. Nichols Ave., Ste. 200** <br> **Centennial, OH  80112** | | | | | | | 4,326.00 |
| ACCOUNT NO. <br> **North Lakeshore Realty Co.** <br> **155 Timber Ridge Lane** <br> **Barrington, IL  60010** | | | **Landlord** <br> **Premises at 206 S. Barron Blvd., Grayslake, Illinois** <br> **Subject to Setoff** | | | X | 138,600.00 |
| ACCOUNT NO. <br> **Frank G. Roux, Ltd.** <br> **715 Ela Road** <br> **Lake Zurich, IL  60047** | | | **Assignee or other notification for:** <br> **North Lakeshore Realty Co.** | | | | |
| ACCOUNT NO. <br> **Joseph Salemi** <br> **155 Timber Ridge Lane** <br> **Barrington, IL  60010** | | | **Assignee or other notification for:** <br> **North Lakeshore Realty Co.** | | | | |
| ACCOUNT NO. **6 5000 5192 7013** <br> **North Shore Gas** <br> **P.O. Box A3991** <br> **Chicago, IL  60690-3991** | | | | | | | 129.89 |
| ACCOUNT NO. **1011272** <br> **Nowcom** <br> **4751 Wilshire Boulevard, Ste. 115** <br> **Los Angeles, CA  90010** | | | | | | | 50.00 |
| ACCOUNT NO. **010-78127** <br> **Overland Bond & Investment Corp.** <br> **4701 W. Fullerton Ave.** <br> **Chicago, IL  60639** | | | | | | | 9,135.57 |

Sheet no. ___**15**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **152,241.46**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                                    Case No. _____
_____                                    _____
             Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **010-78080** <br> **Overland Bond & Investment Corp.** <br> **4701 W. Fullerton Ave.** <br> **Chicago, IL 60639** | | | | | | | **5,261.71** |
| ACCOUNT NO. <br> **Pronto Prestamos** <br> **1750 Todd Farm Dr., Unit D** <br> **Elgin, IL 60123** | | | | | | | **unknown** |
| ACCOUNT NO. **65134** <br> **Protective** <br> **2801 Highway 280 South** <br> **Birmingham, AL 35223** | | | **Great Lakes Dealer Services** | | | | **250.00** |
| ACCOUNT NO. <br> **Protective** <br> **P.O. Box 770** <br> **Deerfield, IL 60015** | | | **Assignee or other notification for: Protective** | | | | |
| ACCOUNT NO. <br> **Ramiro Maldonado** <br> **2532 Western Avenue** <br> **Waukegan, IL 60087** | | | **Lienholder - Overland Bond** <br> **Title - Perez** | | | | **unknown** |
| ACCOUNT NO. <br> **Overland Bond & Investment Corp.** <br> **4701 W. Fullerton Ave.** <br> **Chicago, IL 60639** | | | **Assignee or other notification for: Ramiro Maldonado** | | | | |
| ACCOUNT NO. <br> **Ray McCarty** <br> **137 East Main Street** <br> **Round Lake Park, IL 60073** | | | **Former Landlord** | | | | **unknown** |

Sheet no. ____**16**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,511.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**           Case No. _____
_____
        Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Salvi, Salvi & Wifler** <br> **335 Chacery Lane** <br> **Lake Zurich, IL  60047** | | | Assignee or other notification for: <br> Ray McCarty | | | | |
| ACCOUNT NO. <br> **Rene Gonzalez** <br> **334 S. Victory** <br> **Waukegan, IL 60085** | | | Lienholder - None <br> Title - Perez | | | | **unknown** |
| ACCOUNT NO. **394900-1** <br> **Repossessors, Inc.** <br> **10939 89th Avenue North** <br> **Minneapolis, MN  55369** | | | | | | | **375.00** |
| ACCOUNT NO. **7709378** <br> **Reynolds Collection Service** <br> **One Reynolds Way** <br> **Dayton, OH  45430** | | | Creditor:  The Reynolds and Reynolds Company | | | | **4,433.56** |
| ACCOUNT NO. <br> **Ricardo Rodriquez** <br> **510 Nancy Court** <br> **Wauconda, IL  60084** | | | Lienholder - Pronto Prestamos <br> Title - Perez | | | | **unknown** |
| ACCOUNT NO. <br> **Pronto Prestamos** <br> **1750 Todd Farm Dr., Unit D** <br> **Elgin, IL  60123** | | | Assignee or other notification for: <br> Ricardo Rodriquez | | | | |
| ACCOUNT NO. **5002A** <br> **Roadside Auto Sales** <br> **2725 Belvidere Road** <br> **Waukegan, IL  60085** | | | Payoff for 1997 Dodge Ram Stk# 5002A | | | | **1,700.00** |

Sheet no. ___**17**___ of ___**22**___ continuation sheets attached to             Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims          (Total of this page)   $   **6,508.56**

                                         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**  Case No. _____
_____
Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **250** <br><br>**Rockenbach Chevrolet Mega Store** <br>**P.O. Box 309** <br>**Grayslake, IL  60030** | | | | | | | **542.75** |
| ACCOUNT NO. <br><br>**Rockford License** <br>**P.O. Box 5844** <br>**Rockford, IL  61125** | | | | | | | **58.00** |
| ACCOUNT NO. <br><br>**Ronald P. Manfroid** <br>**147 Lance Drive, #201** <br>**Twin Lakes, WI  53181** | | | Lienholder - Credit Acceptance Corp. <br>Title - Perez | | | | **unknown** |
| ACCOUNT NO. <br><br>**Credit Acceptance Corporation** <br>**25505 W. Twelve Mile Road, #300** <br>**Southfield, MI  48034** | | | Assignee or other notification for: <br>Ronald P. Manfroid | | | | |
| ACCOUNT NO. <br><br>**Samco** <br>**333 N. Wood Dale Road** <br>**Wood Dale, IL  60191-0815** | | | | | | | **unknown** |
| ACCOUNT NO. <br><br>**Screenvision** <br>**233 North Michigan Avenue, Ste. 2460** <br>**Chicago, IL  60601** | | | | | | | **unknown** |
| ACCOUNT NO. <br><br>**ScreenVision Direct** <br>**360 Linden Oaks** <br>**Rochester, NY  14625** | | | Assignee or other notification for: <br>Screenvision | | | | |

Sheet no. ____**18**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **600.75**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Perez Auto Center, Inc.**                                    Case No. _____
                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Security Auto Loans** <br> **4900 Highway 169 North, Ste. 205** <br> **New Hope, MN  55428** | | | | | | | **unknown** |
| ACCOUNT NO. **10015996** <br> **Shaw Suburban Media** <br> **P.O. Box 250** <br> **Crystal Lake, IL  60039-0250** | | | | | | | **2,969.97** |
| ACCOUNT NO. **079-969-465** <br> **Shell Fleet Plus** <br> **Processing Center** <br> **P.O. Box 183019** <br> **Columbus, OH  43218-3019** | | | | | | | **1,657.59** |
| ACCOUNT NO. <br> **Sonia Murillo** <br> **443 W. Savoy Drive** <br> **Round Lake, IL  60073** | | | **Lienholder - Fifth Third Bank** <br> **Title - Perez** | | | | **unknown** |
| ACCOUNT NO. <br> **Fifth Third Bank** <br> **P.O. Box 997548** <br> **Sacramento, CA  95899-7548** | | | **Assignee or other notification for:** <br> **Sonia Murillo** | | | | |
| ACCOUNT NO. **862503446** <br> **Sprint** <br> **P.O. Box 4191** <br> **Carol Stream, IL  60197-4191** | | | | | | | **61.05** |
| ACCOUNT NO. <br> **Steven W. Laundree** <br> **2017 Linden Avenue** <br> **Waukegan, IL  60087** | | | **Lienholder - Citizens Finance** <br> **Title - Floored with MAFS** | | | | **unknown** |

Sheet no. ___**19**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **4,688.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                                  Case No. _____
_____
            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Citizen's Finance**<br>**60 Terra Cotta Ave., Unit D**<br>**Crystal Lake, IL  60014** | | | **Assignee or other notification for:**<br>**Steven W. Laundree** | | | | |
| ACCOUNT NO.<br>**TASA**<br>**188 Barnwood Drive**<br>**Edgewood, KY  41017** | | | **Adolfo Lopez Robles 98 VW Jetta STK#5050**<br>**VIN# 252092 GAP Policy** | | | | **195.00** |
| ACCOUNT NO. **424494**<br>**Thorntons**<br>**Fleetone LLC MSC30425**<br>**P.O. Box 415000**<br>**Nashville, TN  37241-5000** | | | | | | | **515.74** |
| ACCOUNT NO. **008788850004078**<br>**TransNational Bancard**<br>**3701 Algonquin Road, Ste. 800**<br>**Rolling Meadows, IL  60008** | | | **contract termination fee** | | | | **250.00** |
| ACCOUNT NO. **084599616**<br>**Tribune Interactive**<br>**14891 Collection Center Drive**<br>**Chicago, IL  60693** | | | | | | | **unknown** |
| ACCOUNT NO. **015-103116**<br>**Turner Acceptance Corp.**<br>**4410 N. Ravenswood Ave.**<br>**Chicago, IL  60640** | | | | | | | **4,643.28** |
| ACCOUNT NO.<br>**Turner Acceptance Corp.**<br>**4410 N. Ravenswood Ave.**<br>**Chicago, IL  60640** | | | | | | | **136,806.37** |

Sheet no. ____**20**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **142,410.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Perez Auto Center, Inc.**                              Case No. _____
_____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Vanessa Lopez**<br>**406 W. Savoy Drive**<br>**Round Lake, IL 60073** | | | **Lienholder - Pronto Prestamo**<br>**Title - Floored with MAFS** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Pronto Prestamos**<br>**1750 Todd Farm Dr., Unit D**<br>**Elgin, IL 60123** | | | **Assignee or other notification for:**<br>**Vanessa Lopez** | | | | |
| ACCOUNT NO.<br><br>**Wachovia Dealer Services**<br>**6000 Freedom Square Drive, Ste. 580**<br>**Independence, OH 44131** | | | | | | | **unknown** |
| ACCOUNT NO.<br><br>**Wachovia Dealer Services**<br>**1721 Moon Lake Blvd., Ste. 200**<br>**Hoffman Estates, IL 60194** | | | **Assignee or other notification for:**<br>**Wachovia Dealer Services** | | | | |
| ACCOUNT NO.<br><br>**Zahila E. Hernandez**<br>**36739 N. James Drive**<br>**Lake Villa, IL 60046** | | | **Lienholder - Overland Bond**<br>**Title - Floored with MAFS** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Overland Bond & Investment Corp.**<br>**4701 W. Fullerton Ave.**<br>**Chicago, IL 60639** | | | **Assignee or other notification for:**<br>**Zahila E. Hernandez** | | | | |
| ACCOUNT NO. **B21671**<br><br>**Zep Sales & Service**<br>**13237 Collections Center Drive**<br>**Chicago, IL 60693** | | | | | | | **249.62** |

Sheet no. ____**21**__ of ___**22**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **249.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Perez Auto Center, Inc.**
_____   Case No. _____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **PEZ** <br><br> **Zeus Concepts, LLC** <br> **P.O. Box 2397** <br> **Northbrook, IL  60065** | | | | | | | **150.00** |
| ACCOUNT NO. <br><br> **Zeus** <br> **1356 Shermer Road** <br> **Northbrook, IL  60062** | | | **Assignee or other notification for:** <br> **Zeus Concepts, LLC** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**22**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **150.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $   **1,206,889.13**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Perez Auto Center, Inc.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **North Lakeshore Realty Co.**<br>**155 Timber Ridge Lane**<br>**Barrington, IL  60010**<br><br>**Enrique Perez**<br>**18834 W. Westward Place**<br>**Lake Villa, IL  60046** | **Industrial Building Lease dated July 21, 2008**<br>**Term 9/1/2008 through 3/31/2012**<br>**Premises:  206 S. Barron Blvd., Grayslake, IL 60030** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Perez Auto Center, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Perez Auto Center, Inc.** _____     Case No. _____
                        Debtor(s)                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                                                Debtor

Date: _____     Signature: _____
                                                                                       (Joint Debtor, if any)
                                                                   [If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Perez Auto Center, Inc.** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**36** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 31, 2008** _____     Signature: */s/ Enrique Perez* _____

                                                      **Enrique Perez** _____
                                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Perez Auto Center, Inc. _____          Chapter **7** _____

_____Debtor(s)_____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|          AMOUNT | SOURCE |
|-----------------|--------|
| 961,900.00 | 2006 Gross Sales |
| 4,688,670.00 | 2007 Gross Sales |
| 0.00 | 2008 Gross Sales - undetermined at this time |

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|          AMOUNT | SOURCE |
|-----------------|--------|
| 500,000.00 | Loans from Shareholders (approximate amount) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| All Normal Course - List Is Available | | 0.00 | 0.00 |

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **v. Perez Auto** | **Small Claims against Perez Auto** | **Lake County, Illinois** | **Judgment for Defendant - Case dismissed** |
| **Perez Auto Center, Inc. v. Commercial Credit Corp., Rich Reotutar Case No. 08 L 867** | | **Circuit Court for the Nineteenth Judicial Circuit Lake County, Illinois** | **Pending** |
| **Ray McCarty v. Perez Auto and Enrique Perez Case No. 08 AR 1680** | **Arbitration** | **Lake County, Illinois** | **Pending** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **MAFS** | **11/11/08** | **Approximately 34 vehicles** |

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Manheim Automotive Financial Services 400 Northridge Road, Ste. 800 Atlanta, GA  30350** | **11/11/08** | **$256,175.04** |
| **Dealer Services Corporation 3300 West 147th Street, Ste. A Midlothian, IL  60445** | **11/11/08** | **$30,745.30** |

**Automotive Financial Corporation**          11/11/2008                    $15,741.40
**3434 Colony Bay Drive**
**Rockford, IL  61109**

### 6. Assignments and receiverships

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
☑ (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☑ commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual
☑ gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the**
☐ **commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$1600.00** | **Theft at dealership - insurance covered loss** | **9/2008** |

### 9. Payments related to debt counseling or bankruptcy

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt
☐ consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gierum & Mantas** | **11/12/2008** | **3,800.00** |
| **9700 West Higgins Road** | | |
| **Rosemont, IL  60018** | | |

### 10. Other transfers

None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either
☑ absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar
☑ device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
☑ transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately
☑ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Security Auto Loans** <br> **(Bank Funding For Prior Loss On Vehicle)** <br> **New Hope, MN** | **10/2008 - 2 set-offs** | **5,000.00** |

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Various** | **Consignment Vehicles** | **Grayslake** |

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **225 East Main Street** <br> **Round Lake Park, IL 60073** | **Same** | |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Perez Auto Center, Inc.** | **20-5093176** | **225 East Main Street Round Lake Park, IL** | **Used Auto Dealership** | **10/2006 - 11/2008** |

None
☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Michael Wall** | **10/2006 - present** |
| **Kessler Orleans Silver & Co., P.C.** | |
| **1101 Lake Cook Rd., Ste. C** | |
| **Deerfield, IL  60015** | |
| | |
| **America Olson, Jessica Kopitke And** | |
| **Elizabeth Serrano** | |
| **(All Prior Office Managers)** | |

None
☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Michael Wall** | **10/2006 - Present** |
| **Kessler Orleans Silver & Co., P.C.** | |
| **1101 Lake Cook Rd., Ste. C** | |
| **Deerfield, IL  60015** | |

None
☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Michael Wall**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Kessler Orleans Silver & Co., P.C.**
**1101 Lake Cook Rd., Ste. C**
**Deerfield, IL  60015**
**Debtor**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Austin Bank Of Chicago** | **2007** |
| **Commercial Credit Corp.** | **2007** |
| **MAFS, DSC** | **2007** |

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **10/2008** | **Jose Perez, America Olson and Javier Alvarez** | **Apprx. $300,000 (wholesale value)** |
| **9/2008** | **Jose Perez, American Olson and Javier Alveraz** | **Apprx. $300,000 (wholesale value)** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **10/2008** | **Jose Perez**<br>**1405 Oak Avenue**<br>**Round Lake Beach, IL  60073** |
| **9/2008** | **America Olson And Javier Alvarez** |

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Enrique Perez**<br>**18834 W. Westward Place**<br>**Lake Villa, IL  60046** | **President** | **100%** |

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Candace Flory**<br>**18834 W. Westwood Place**<br>**Lake Villa, IL  60034** | **Vice President** | **2007** |

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑    purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑    has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **December 31, 2008**                Signature: **/s/ Enrique Perez**

                                    **Enrique Perez, President**
                                                        Print Name and Title

            [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                        **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                  Case No. _____

Perez Auto Center, Inc. _____    Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **129**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December 31, 2008** _____    */s/ Enrique Perez* _____
                                          Debtor

                                          _____
                                          Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Perez Auto Center, Inc.
206 S. Barron Boulevard
Grayslake, IL  60030

Alldata
P.O. Box 848379
Dallas, TX  75284-8379

AutoZone, Inc.
P.O. Box 791409
Baltimore, MD  21279-1409

Gierum & Mantas
9700 West Higgins Road Suite 1015
Rosemont, IL  60018

Angel Tellez
550 S. Jackson
Waukegan, IL  60085

Business Phones Direct
6107 Obispo Avenue
Long Beach, CA  90805

1-800-Radiator
8116 Monticello Avenue
Skokie, IL  60076

Anselmo Silva
919 Lunga Drive
Round Lake, IL  60073

Candace Flory
18834 W. Westwood Place
Lake Villa, IL  60034

700 Credit
2233 West 190th Street
Torrance, CA  90504-6001

Antioch Auto Parts, Inc.
250 Route 173
Antioch, IL  60002

Carfax
P.O. Box 79001
Detroit, MI  48279-7761

A.U.L. Corporation
1325 Imola Ave., West PMB 318
Napa, CA  94559

AT&T
P.O. Box 8100
Aurora, IL  60507-8100

Carquest Auto Parts
449 Center Street
Grayslake, IL  60030

Ace Hardware
155 Peterson Road
Libertyville, IL  60048

Auto Owners
Box 30660
Lansing, MI  48909-8160

Cassandra Adkins
38351 Fourth Street
Spring Grove, IL  60081

Adolfo Robles
302 Fruitwood
Round Lake, IL  60073

Auto-Owners Insurance
P.O. Box 30315
Lansing, MI  48909-7815

Cbeyond
13474 Collections Center Drive
Chicago, IL  60693

Advance Auto Parts
P.O. Box 5219
Carol Stream, IL  60197-5219

Autofocus-Chicago
221 S. Mitchell Court A-3
Addison, IL  60101

Chase
P.O. Box 15153
Wilmington, DE  19886-5153

Advertiser Network
236 W. IL Route 173
Antioch, IL  60002-1897

Automotive Credit Corp.
2625 Northwest Highway
Southfield, MI  48016

Check Processing Service
35008 Emerald Coast Parkway, 4th Fl.
Destin, FL  32541

AFC
13085 Hamilton Crossing Blvd., Ste. 300
Carmel, IN  46032

Autotech & Niles Marketing
1006 Auburn Street
Rockford, IL  61103

Chrysler-Dodge Of Fox Lake
91 South Route 12
Fox Lake, IL  60020-1797

Ciro Merida Lopez
2130 Lotus Drive
Round Lake, IL  60073

DealerTrack, Inc.
P.O. Box 6129
New York, NY  10087-6129

Elizabeth Alvarez
1531 Woodridge Drive
Round Lake, IL  60073

Citizen's Finance
60 Terra Cotta Ave., Unit D
Crystal Lake, IL  60014

Deborah Samec
228 New House Lane
Round Lake, IL  60073

Enrique Perez
18834 W. Westward Place
Lake Villa, IL  60046

Classic Printing, Inc.
336 W. Main Street
Round Lake, IL  60073

Delaware Place Bank
190 East Delaware Place
Chicago, IL  60611

FedEx
P.O. Box 94515
Palatine, IL  60094-4515

ComEd
Bill Payment Center
Chicago, IL  60668-0001

DEX
8519 Innovation Way
Chicago, IL  60682-0085

Fifth Third Bank
P.O. Box 997548
Sacramento, CA  95899-7548

Community Trust Credit Union
P.O. Box 219
Grayslake, IL  60030

Diane & Jack Flory
15913 Stearns School Road
Gurnee, IL  60031

Fifth Third Bank
5001 Kingsley Drive
Cincinnati, OH  45263

Credit Acceptance Corporation
25505 W. Twelve Mile Road, #300
Southfield, MI  48034

DirecTV
P.O. Box 60036
Los Angeles, CA  90060-0036

Fifth Third Bank - Consumer Lending Div.
5050 Kingsley Drive, Mail Drop #1MOB2P
Cincinnati, OH  45227

Credit Union Direct Lending (CUDL)
9500 Cleveland Avenue
Rancho Cucamonga, CA  91730

Diversified Credit Service, Inc.
P.O. Box 21726
Cleveland, OH  44121

Flex Fund Financial Services
22800 Savi Rand Parkway
Yorba Linda, CA  92887

David Schultz
35776 N. Marine Drive
Fox Lake, IL  60020

Domestic Uniform Rental
4131 N. Ravenswood
Chicago, IL  60613

Frank G. Roux, Ltd.
715 Ela Road
Lake Zurich, IL  60047

Dealer Services Corporation
1320 City Center Drive, Suite 100
Carmel, IN  46032

Donyel A. Prather
587 Main St., Apt. 11
Antioch, IL  60002

Groot Industries, Inc.
P.O. Box 1305
Elk Grove, IL  60009-1305

Dealer.Com
P.O. Box 1804
Brattleboro, VT  05302-1804

DSC
11555 N. Meridian, Ste. 220
Carmel, IN  46032

Hall Adams
77 West Wacker Drive, Ste. 4800
Chicago, IL  60601

Harris Bank
935 W. Rollins Road
Round Lake Heights, IL  60073

Joseph Salemi
155 Timber Ridge Lane
Barrington, IL  60010

Luisa Lewitan
1116 N. Oakwood Drive
Fox Lake, IL  60020

Illiana Financial, Inc.
833 North Church Street
Elmhust, IL  60126

Justiney Thompson
4235 Jennifer Lane
Arlington Heights, IL  60004

Manheim Auctions
561 27th Street
Caledonia, WI  53108

Illinois Dept. Of Revenue
100 West Randolph St., 7th Floor
Chicago, IL  60601

Karen L. Wetmore
3006 Gibeon Avenue
Zion, IL  60099

Manheim Automotice Financial Services
400 Northridge Road, Ste. 800
Atlanta, GA  30350

Insurance National Services, Inc.
240 E. Lake Street, Ste. 207
Addison, IL  60101

Keith Lowe
3025 21st Place
North Chicago, IL  60064

Marcela Delgado
3904 Lake Park Street
Park City, IL  60085

Jason N. Dahl
2227 N. Quaker Hollow Lane
Round Lake, IL  60073

Kessler Orlean Silver
1101 Lake Cook Road, Ste. C
Deerfield, IL  60015

Maria Salgado
1201 Cedar Lake Road
Round Lake, IL  60073

Jayson M. Colton
30555 Northwestern Highway, Ste. 300
Farmington Hills, MI  48334

Law Offices Of Hall Adams LLC
77 West Wacker Drive, Ste. 4800
Chicago, IL  60601

Market Financial/Waters Insurance
240 Commerce Drive
Crystal Lake, IL  60014-3549

Jeffrey S. Thompson
1913 W. CedarWood Circle
Round Lake, IL  60073

Lisa Ori
17722 Running Creek Court
Gurnee, IL  60031

MG Auto Glass
446 S. Jackson Street
Waukegan, IL  60085

Jonathan F. Malagor
338 Sage Brush
Round Lake, IL  60073

Loftus & Saltzberg, P.C.
53 W. Jackson Blvd., Ste. 1515
Chicago, IL  60604

Michael Kettner
N 2521 Thornapple Lane
Appelton, WI  54913

Jonathon Neil & Assoc., Inc.
71 West Main Street, Ste. 304
Freehold, NJ  07728

Loon Lake Service
41490 N. US Hwy. 41
Wadsworth, IL  60083

Monitronics Funding, LP
Dept. Ch. 8628
Palatine, IL  60055-8628

Jose Perez
1405 Oak Avenue
Round Lake Beach, IL  60073

Luis G. Leiva
24491 Hickory Street
Round Lake, IL  60073

Napelton Libertyville Ford
1010 South Milwaukee Avenue
Libertyville, IL  60048

National CineMedia, LLC
9110 E. Nichols Ave., Ste. 200
Centennial, OH 80112

Rene Gonzalez
334 S. Victory
Waukegan, IL 60085

Samco
333 N. Wood Dale Road
Wood Dale, IL 60191-0815

North Lakeshore Realty Co.
155 Timber Ridge Lane
Barrington, IL 60010

Repossessors, Inc.
10939 89th Avenue North
Minneapolis, MN 55369

Screenvision
233 North Michigan Avenue, Ste. 2460
Chicago, IL 60601

North Shore Gas
P.O. Box A3991
Chicago, IL 60690-3991

Reyna Capital Corporation
P.O. Box 2608
Dayton, OH 45401

ScreenVision Direct
360 Linden Oaks
Rochester, NY 14625

Nowcom
4751 Wilshire Boulevard, Ste. 115
Los Angeles, CA 90010

Reynolds Collection Service
One Reynolds Way
Dayton, OH 45430

Security Auto Loans
4900 Highway 169 North, Ste. 205
New Hope, MN 55428

Overland Bond & Investment Corp.
4701 W. Fullerton Ave.
Chicago, IL 60639

Ricardo Rodriquez
510 Nancy Court
Wauconda, IL 60084

Shaw Suburban Media
P.O. Box 250
Crystal Lake, IL 60039-0250

Pronto Prestamos
1750 Todd Farm Dr., Unit D
Elgin, IL 60123

Roadside Auto Sales
2725 Belvidere Road
Waukegan, IL 60085

Shell Fleet Plus
Processing Center
P.O. Box 183019
Columbus, OH 43218-3019

Protective
2801 Highway 280 South
Birmingham, AL 35223

Rockenbach Chevrolet Mega Store
P.O. Box 309
Grayslake, IL 60030

Sonia Murillo
443 W. Savoy Drive
Round Lake, IL 60073

Protective
P.O. Box 770
Deerfield, IL 60015

Rockford License
P.O. Box 5844
Rockford, IL 61125

Sprint
P.O. Box 4191
Carol Stream, IL 60197-4191

Ramiro Maldonado
2532 Western Avenue
Waukegan, IL 60087

Ronald P. Manfroid
147 Lance Drive, #201
Twin Lakes, WI 53181

Steven W. Laundree
2017 Linden Avenue
Waukegan, IL 60087

Ray McCarty
137 East Main Street
Round Lake Park, IL 60073

Salvi, Salvi & Wifler
335 Chacery Lane
Lake Zurich, IL 60047

TASA
188 Barnwood Drive
Edgewood, KY 41017

Thorntons
Fleetone LLC MSC30425
P.O. Box 415000
Nashville, TN  37241-5000

Zeus Concepts, LLC
P.O. Box 2397
Northbrook, IL  60065

TransNational Bancard
3701 Algonquin Road, Ste. 800
Rolling Meadows, IL  60008

Tribune Interactive
14891 Collection Center Drive
Chicago, IL  60693

Turner Acceptance Corp.
4410 N. Ravenswood Ave.
Chicago, IL  60640

Vanessa Lopez
406 W. Savoy Drive
Round Lake, IL  60073

Wachovia Dealer Services
1721 Moon Lake Blvd., Ste. 200
Hoffman Estates, IL  60194

Wachovia Dealer Services
6000 Freedom Square Drive, Ste. 580
Independence, OH  44131

Zahila E. Hernandez
36739 N. James Drive
Lake Villa, IL  60046

Zep Sales & Service
13237 Collections Center Drive
Chicago, IL  60693

Zeus
1356 Shermer Road
Northbrook, IL  60062

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

**Perez Auto Center, Inc.** _____    Chapter **7** _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,500.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,500.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **N/A**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **2004 examinations, contested hearings and adversary proceedings**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**December 31, 2008**_____    _/s/ John E. Gierum_____
              Date                                       John E. Gierum 0951803
                                                         Gierum & Mantas
                                                         9700 West Higgins Road Suite 1015
                                                         Rosemont, IL  60018

                                                         john@gierummantas.com